# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL KENDRICK,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:19-cv-01642** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **C.O HANN, <u>et</u> <u>al.</u>,** | : | |
| **Defendants** | : | |

## <u>ORDER</u>

**AND NOW**, on this 12th day of July 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 48) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

   a. Defendants' motion (Doc. No. 48) is **GRANTED** with respect to Plaintiff's claims against Defendants Kendrick and Kauffman, his First Amendment retaliation claims against Defendants Hann and Anders, and his Fourteenth Amendment due process claim against Defendant Hann, and the Clerk of Court is directed to defer the entry of judgment in favor of Defendants on these claims until the conclusion of the above-captioned action;

   b. Defendants' motion (Doc. No. 48) is **DENIED WITHOUT PREJUDICE** as to Plaintiff's Eighth Amendment claim against Defendant Anders; and

2. Defendants may file, within thirty (30) days of the date of this Order, a renewed motion for summary judgment addressing Plaintiff's Eighth Amendment claim.


<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania