# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL KENDRICK,** | : | |
|     **Plaintiff** | : | No. 1:19-cv-01642 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | |
| **C.O. HANN, et al.,** | : | |
|     **Defendants** | : | |

## ORDER

**AND NOW**, on this 21st day of October, 2022, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**, in light of the fact that Defendant Anders did not meet his burden to demonstrate that Plaintiff failed to exhaust available administrative remedies, Plaintiff's Eighth Amendment claim against Defendant Anders may proceed.  **IT IS FURTHER ORDERED THAT** a trial date and related deadlines will be established by separate Order of Court.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
